## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lori McDowell, on behalf of herself and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>CGI Group Inc., CGI Federal Inc., and Does 1 through 100, inclusive,<br><br><br>    *Defendants*. | Case No.: 1:15-cv-01157-GK |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorneys of the law firm Williams & Connolly LLP hereby enter their appearance as counsel for Defendants.

Dated: August 14, 2015       Respectfully submitted,

          **WILLIAMS & CONNOLLY LLP**

          By: */s/ Emmet T. Flood*
             Emmet T. Flood (D.C. Bar No. 448110)
             F. Greg Bowman (D.C. Bar No. 486097)
             Adam G. Yoffie (D.C. Bar No. 1016359)
             725 Twelfth Street, N.W.
             Washington, DC 20005
             Telephone: (202) 434-5000
             Facsimile: (202) 434-5029
             *eflood@wc.com*
             *fbowman@wc.com*
             *ayoffie@wc.com*

             *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2015 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties required to be served.


<u>/s/ Adam G. Yoffie</u>