UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LORI MCDOWELL, on behalf of herself
and all others similarly situated,

        Plaintiffs,

        v.                                      Civil Action No. 1:15-cv-01157-GK
                                              Judge Gladys Kessler

CGI GROUP, INC., CGI FEDERAL, INC.,
and DOES 1 through 100, inclusive,

        Defendants.
_____/

## MOTION TO ADMIT MICHELE M. VERCOSKI *PRO HAC VICE*

      Steven W. Teppler, counsel for Plaintiff Lori McDowell, and pursuant to LCvR 83.2(d) hereby respectfully submits this motion to admit Michele M. Vercoski as co-counsel *pro hac vice* in this matter. Ms. Vercoski's declaration and certification pursuant to LCvR 83.2(j) is attached hereto.

                                              Respectfully submitted,
                                              By:   /s/ Steven W. Teppler
                                              Steven W. Teppler
                                              District of Columbia Bar No: 445259
                                              ABBOTT LAW GROUP, P.A.
                                              *Counsel for the Plaintiff*
                                              2929 Plummer Cove Road
                                              Jacksonville, FL
                                              T: 904.292.1111
                                              F: 904.292.1220
                                              Email: steppler@abbottlawpa.com
                                              Email:  shartman@abbottlawpa.com

CERTIFICATE OF SERVICE

    I hereby certify that on this  11  day of September 2015, a copy of the foregoing Motion, accompanying Declaration and Certification was sent by electronic mail to Emmet T. Flood, Esq, Williams & Connolly, LLP, 725 Twelfth Street, NW, Washington, DC 20005 (eflood@wc.com; fbowman@wc.com, ayoffie@wc.com).

/s/

Sandra L. Hartman