UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LORI MCDOWELL, on behalf of herself
and all others similarly situated,

       Plaintiffs,

       v.                                  Civil Action No. 1:15-cv-01157-GK
                                                  Judge Gladys Kessler

CGI GROUP, INC., CGI FEDERAL, INC.,
and DOES 1 through 100, inclusive,

       Defendants.
_____/

## MOTION TO ADMIT RICHARD D. MCCUNE *PRO HAC VICE*

     Steven W. Teppler, counsel for Plaintiff Lori McDowell, and pursuant to LCvR 83.2(d) hereby respectfully submits this motion to admit Richard D. McCune as co-counsel *pro hac vice* in this matter. Mr. McCune's declaration and certification pursuant to LCvR 83.2(j) is attached hereto.

                                          Respectfully submitted,
                                          By:   /s/ Steven W. Teppler
                                          Steven W. Teppler
                                          District of Columbia Bar No: 445259
                                          ABBOTT LAW GROUP, P.A.
                                          *Counsel for the Plaintiff*
                                          2929 Plummer Cove Road
                                          Jacksonville, FL 32223
                                          T: 904.292.1111
                                          F: 904.292.1220
                                          Email: steppler@abbottlawpa.com
                                          Email:  shartman@abbottlawpa.com

CERTIFICATE OF SERVICE

     I hereby certify that on this  11  day of September 2015, a copy of the foregoing Motion, accompanying Declaration and Certification was sent by electronic mail to Emmet T. Flood, Esq, Williams & Connolly, LLP, 725 Twelfth Street, NW, Washington, DC 20005 (eflood@wc.com; fbowman@wc.com, ayoffie@wc.com).

                                                                                  /s/
                                                      _____
                                                      Sandra L. Hartman