# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lori McDowell, on behalf of herself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CGI Group Inc.,[1] CGI Federal Inc., and Does 1 through 100, inclusive,<br><br>*Defendants*. | Case No.: 1:15-cv-01157-GK<br><br>Judge Gladys Kessler |

## JOINT MOTION TO STAY

Plaintiff Lori McDowell and Defendant CGI Federal Inc. (collectively the "Parties"), by and through counsel, hereby petition this Court to stay this case for 60 days to allow for settlement negotiations.

On June 1, 2017, the Court granted in part Defendant's motion to dismiss and ordered dismissal of all counts except Count Three. The Court's ruling on the motion to dismiss significantly narrowed the case, but it did not completely resolve the Parties' dispute.

Following the Court's ruling on the motion to dismiss, the Parties, through counsel, engaged in initial discussions directed to the remaining claim, potential damages available under that claim, and the scope of any future discovery. Based upon these discussions, the Parties believe that it would be advantageous to stay the case for a short period to allow the Parties to explore the possibility of a negotiated resolution before expending additional resources on continued litigation. *See* Local Rule 16.3(c)(5)(v).

---

[1] CGI Group Inc. is no longer a party to this case, having been removed from the Amended Complaint, and is included in the caption only to conform to the Court's docket.

1

The Parties accordingly request the Court order that: (1) the case be stayed for 60 days; (2) in the event there is no negotiated resolution of this matter at the end of the stay period, the Parties complete their meet and confer under Rule 16.3 within 30 days of the expiration of the stay; and (3) all other deadlines previously ordered by the Court be extended by the period for which the stay remains in place.

Respectfully submitted,

Dated: June 21, 2017

WILLIAMS & CONNOLLY LLP

By: */s/ F. Greg Bowman*
    Emmet T. Flood (D.C. Bar No. 448110)
    F. Greg Bowman (D.C. Bar No. 486097)
    725 Twelfth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 434-5000
    Facsimile: (202) 434-5029
    eflood@wc.com
    fbowman@wc.com

*Counsel for CGI Federal Inc.*

By: */s/ Steven W. Teppler*
    Steven W. Teppler (DC Bar No. 445259)
    E-mail: steppler@abbottlawpa.com
    ABBOTT LAW GROUP, P.A.
    2929 Plummer Cove Road
    Jacksonville, FL 32223
    (904) 292-1111

    Richard D. McCune (admitted *pro hac*)
    Michele M. Vercoski (admitted *pro hac*)
    *rdm@mccunewright.com*
    *mmv@mccunewright.com*
    McCuneWright, LLP
    2068 Orange Tree Lane, Suite 216
    Redlands, California 92374

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2017, the foregoing Joint Motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties required to be served.

      */s/ F. Greg Bowman*