## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Lori McDowell, on behalf of herself
and all others similarly situated,

*Plaintiffs,*

v.

CGI Group Inc., CGI Federal Inc.,
and Does 1 through 100, inclusive,

*Defendants.*

Case No.: 1:15-cv-01157-GK

Judge Gladys Kessler

### ~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED THAT this case shall be stayed for a period of 60 days, subject to extension by further order of the Court;

IT IS FURTHER ORDERED THAT the Parties shall inform the Court if a negotiated resolution is reached. If no resolution is reached within 60 days of this Order, the Parties may petition the Court to extend the stay for further negotiations, or allow it to expire;

IT IS FURTHER ORDERED THAT if the stay expires without a negotiated resolution having been reached, the Parties shall complete their meet and confer under Rule 16.3 within 30 days of the expiration of the stay, and all other deadlines previously ordered by the Court shall be extended by the period in which the stay remained in place.

**SO ORDERED.**

June 21,      *Gladys Kessler*
2017          GLADYS KESSLER
              United States District Judge

1