# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lori McDowell, on behalf of herself and all others similarly situated, *Plaintiffs*, v. CGI Group Inc.,[1] CGI Federal Inc., and Does 1 through 100, inclusive, *Defendants*. | Case No.: 1:15-cv-01157-GK<br><br>Judge Gladys Kessler |

## JOINT MOTION TO EXTEND STAY FOR AN ADDITIONAL THIRTY DAYS

On June 21, 2017, the Court stayed this case for a period of 60 days, subject to extension if requested by the Parties, to allow for settlement negotiations. Absent a request for extension, the stay would expire on August 20, 2017.

Plaintiff Lori McDowell and Defendant CGI Federal Inc. (collectively the "Parties"), by and through counsel, hereby petition this Court to extend the stay of this case for an additional 30 days, until September 19, 2017, to allow for continued settlement negotiations.

During the period of the stay, counsel for the Parties have in engaged in regular and productive communications by email and conference call, and have conducted informal information exchanges that have been helpful to the Parties in evaluating their respective positions. The Parties believe that further settlement discussions will be productive, and they seek a 30-day extension of the stay for this purpose before proceeding with the litigation. *See* Local Rule 16.3(c)(5)(v).

---

[1] CGI Group Inc. is no longer a party to this case, having been removed from the Amended Complaint, and is included in the caption only to conform to the Court's docket.

The Parties accordingly request the Court order that: (1) the stay of the case be extended until September 17, 2017; (2) in the event there is no negotiated resolution of this matter at the end of the stay period, the Parties complete their meet and confer under Rule 16.3 within 30 days of the expiration of the stay; and (3) all other deadlines previously ordered by the Court be extended by the period for which the stay remains in place.

                                                               Respectfully submitted,

Dated: August 17, 2017                        WILLIAMS & CONNOLLY LLP

                                                               By:   */s/ F. Greg Bowman*
                                                                        Emmet T. Flood (D.C. Bar No. 448110)
                                                                        F. Greg Bowman (D.C. Bar No. 486097)
                                                                        725 Twelfth Street, N.W.
                                                                        Washington, DC 20005
                                                                        Telephone: (202) 434-5000
                                                                        Facsimile: (202) 434-5029
                                                                        eflood@wc.com
                                                                        fbowman@wc.com

                                                                        *Counsel for CGI Federal Inc.*

                                            By:   */s/ Steven W. Teppler*
                                                        Steven W. Teppler (DC Bar No. 445259)
                                                         E-mail: steppler@abbottlawpa.com
                                                         ABBOTT LAW GROUP, P.A.
                                                         2929 Plummer Cove Road
                                                         Jacksonville, FL 32223
                                                         (904) 292-1111

                                                         Richard D. McCune (admitted *pro hac*)
                                                         Michele M. Vercoski (admitted *pro hac*)
                                                         *rdm@mccunewright.com*
                                                         *mmv@mccunewright.com*
                                                         McCuneWright, LLP
                                                         2068 Orange Tree Lane, Suite 216
                                                         Redlands, California 92374

                                                         *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 17, 2017, the foregoing Joint Motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties required to be served.

               */s/ F. Greg Bowman*