# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lori McDowell, on behalf of herself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CGI Group Inc.,[1] CGI Federal Inc., and Does 1 through 100, inclusive,<br><br>*Defendants*. | Case No.: 1:15-cv-01157-GK<br><br>Judge Gladys Kessler |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in accordance with the settlement agreement between Plaintiff Lori McDowell and Defendant CGI Federal Inc., Plaintiff, by and through counsel, hereby dismisses with prejudice all claims against Defendants in this action.

---

[1]  CGI Group Inc. is no longer a party to this case, having been removed from the Amended Complaint, and is included in the caption only to conform to the Court's docket.

Respectfully submitted,

Dated: September 20, 2017    By:  */s/ Steven W. Teppler*

        Steven W. Teppler (DC Bar No. 445259)
        E-mail: steppler@abbottlawpa.com
        ABBOTT LAW GROUP, P.A.
        2929 Plummer Cove Road
        Jacksonville, FL 32223
        (904) 292-1111


        Richard D. McCune (admitted *pro hac*)
        Michele M. Vercoski (admitted *pro hac*)
        *rdm@mccunewright.com*
        *mmv@mccunewright.com*
        McCuneWright, LLP
        2068 Orange Tree Lane, Suite 216
        Redlands, California 92374

        *Counsel for Plaintiff*


WILLIAMS & CONNOLLY LLP

By:  */s/ F. Greg Bowman*
        Emmet T. Flood (D.C. Bar No. 448110)
        F. Greg Bowman (D.C. Bar No. 486097)
        725 Twelfth Street, N.W.
        Washington, DC 20005
        Telephone: (202) 434-5000
        Facsimile: (202) 434-5029
        eflood@wc.com
        fbowman@wc.com

        *Counsel for CGI Federal Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2017, the foregoing Joint Motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties required to be served.

                                */s/ F. Greg Bowman*